UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BARBARA JONES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-09-1 |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL | § | |
| BRANCH AT GALVESTON, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On October 29, 2010, Magistrate Judge John R. Froeschner submitted a Report and Recommendation to this Court which recommending that the Defendants' Motion for Summary Judgment be granted and the race discrimination complaint of Plaintiff, Barbara Jones, be dismissed. Plaintiff filed objections to the Report and Recommendation and the Defendants filed a response. Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is required to make a *de novo* review of this matter.

Having now conducted an independent assessment of the entire record in this case, the Court has concluded that Judge Froeschner's findings and recommendation are well-grounded in law and fact.

Accordingly, it is hereby ORDERED and ADJUDGED that:

1) the Report and Recommendation of Magistrate Judge Froeschner is APPROVED and ADOPTED by this Court;

2) the Plaintiff's objections to the Report an Recommendation are OVERRULED;

3)     the "Motion for Summary Judgment" (Instrument no. 27) of Defendants Tina Strawn and Sheila Lynch is **GRANTED**; and

4)     the **Complaint of Plaintiff, Barbara Jones, is DISMISSED in its entirety.**

SIGNED at Houston, Texas this 14th day of December, 2010.

_____
Kenneth M. Hoyt
United States District Judge